***E-FILED - 8/17/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ADRIAN FULLER, | ) | No. C 10-2547 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE ELLIOT DAUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 9, 2010, plaintiff, proceeding pro se, filed a motion for order to show cause for an injunction / temporary restraining order. The same day, the court notified plaintiff that he had not paid the filing fee nor had he filed an application to proceed in forma pauperis ("IFP"). The court also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application, instructions for completing it, notified that he had to specifically include a Certificate of Funds completed and signed by an authorized officer at the prison, and a stamped return envelope. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. Plaintiff was further cautioned that his failure to file a complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not communicated with the court.

Accordingly, the instant action is DISMISSED without prejudice to plaintiff filing a new

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Fuller547dis.wpd

1  action in which he either pays the filing fee or files a completed IFP application and filed a
2  complaint.
3      The clerk shall enter judgment and close the file.
4      IT IS SO ORDERED.
5  DATED:  8/17/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge