*E-FILED - 8/17/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ADRIAN FULLER, | ) | No. C 10-2547 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JUDGE ELLIOT DAUM, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/17/10

*[signature: Ronald M. Whyte]*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Fuller547jud.wpd